Edwin W. Moore, Respondent, v. Jennie Brunn and Another, as Executors, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

In the Matter of the Guardianship of Margaret Cross, an Infant. Elizabeth Holt and Another, Appellants; Hermann M. Vaupel, Respondent. — Decree affirmed, without costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Eva Friedel, Appellant, v. Great Eastern Casualty Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Jesse L. Lasky Feature Play Company, Respondent, v. Fox Film Corporation and Others, Impleaded with William Fox Vaudeville Company, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Isidore Brownfield, as President of Local Union No. 4, United Garment Workers of America, Respondent, v. Louis Simon, as President of New York Clothing Cutters, Local Union No. 4, a Voluntary Association Affiliated with the Amalgamated Clothing Workers of America, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Sarah Carpenter, Appellant, v. J. L. Prescott Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Walter Carpenter, Appellant, v. J. L. Prescott Company, Respondent. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Matthew J. O'Neill, Respondent, v. David J. Conroy, Doing Business under the Assumed Name of Bronx Towing Line, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

William E. Redding, Respondent, v. The City of New York, Appellant. — Judgment and order affirmed, with costs, on the authority of *Williams* v. *City of New York* (214 N. Y. 259). Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.; Clarke, P. J., and McLaughlin, J., dissented.

William J. Spain, Respondent, Appellant, v. James Talcott, Appellant, Respondent.— Judgment affirmed, without costs, on the authority of *Spain* v. *Talcott* (165 App. Div. 815). Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Abraham L. Kass, Appellant, v. Frank Gens, Respondent, and Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.